1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

WILLIAM MEADOR,                          CASE NO. 1:06-cv-01572-AWI-DLB PC

10              Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS, AND DISMISSING
11       v.                               PLAINTIFF'S AMENDED COMPLAINT,
                                          WITHOUT LEAVE TO AMEND, THUS
12  CORCORAN STATE PRISON, et al.,        CONCLUDING THIS ACTION IN ITS
                                          ENTIRETY
13              Defendants.

14                                        THIS DISMISSAL SHALL COUNT AS A
     _____  /       STRIKE PURSUANT TO 28 U.S.C. 1915 (g)
15

16       Plaintiff William Meador ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19       On June 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

20  was served on plaintiff and which contained notice to Plaintiff that any objection to the Findings and

21  Recommendations was to be filed within twenty days.  Plaintiff filed an Objection to the Findings

22  and Recommendations on July 17, 2008.

23       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a de

24  novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

25  Recommendations to be supported by the record and by proper analysis.   In this action, Plaintiff

26  contends that he was not released from the Security Housing Unit (SHU) when his SHU term ended.

27  The Court agrees with the Magistrate Judge that Plaintiff's Fourteenth Amendment claim fails

28  because the threshold requirement to Plaintiff's Fourteenth Amendment procedural due process

1

1   claim is Plaintiff's showing of a liberty interest protected by the Constitution. <u>See</u> <u>Dittman v.</u>

2   <u>California</u>, 191 F.3d 1020, 1029 (9th Cir. 1999);  <u>Wedges/Ledges of Cal., Inc. v. City of Phoenix</u>, 24

3   F.3d 56, 62 (9th Cir. 1994).  As explained by the Magistrate Judge, a prisoner has a liberty interest

4   in freedom from restraint that "imposes atypical and significant hardship on the inmate in relation

5   to the ordinary incidents of prison life." <u>Sandinv. Conner</u>, 515 U.S. 472, 484 (1995); <u>Myron v.</u>

6   <u>Terhune</u>, 476 F.3d 716, 718 (9th Cir. 2007).  Plaintiff has failed to allege how conditions in the SHU

7   were atypical and significant.   Thus, the objections provide no basis not to adopt the Findings and

8   Recommendations.

9           The court hereby informs Plaintiff that Title 28 U.S.C. § 1915(g) provides that "[i]n no event

10  shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior

11  occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the

12  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a

13  claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

14  physical injury."   Because this action is being dismissed for failure to state a claim, it will count as

15  a strike pursuant to 28 U.S.C. § 1915 (g).

16          Accordingly, IT IS HEREBY ORDERED that:

17          1.      The Findings and Recommendations, filed June 27, 2008, is adopted in full;

18          2.      Plaintiff's amended complaint is DISMISSED without leave to amend for failure to

19                  state any cognizable claims for relief;

20          3.      The Clerk of the Court is DIRECTED to close this action because it has been

21                  concluding in its entirety; and

22          4.      This action shall count as a strike pursuant to 28 U.S.C. § 1915 (g).

23

24  IT IS SO ORDERED.

25  **Dated:   August 4, 2008**                      **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE

26

27

28