# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. 1:06-CV-01572-AWI-DLB PC<br><br>ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME<br><br>(DOC. 18) |

　　　　Plaintiff William Meador ("Plaintiff") is a California state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2008, the Magistrate Judge issued a Findings and Recommendations recommending that this action be dismissed. (Doc. 10.) The Findings and Recommendations were adopted in full by the District Judge and this action was dismissed in its entirety by order filed August 5, 2008, for Plaintiff's failure to state any cognizable claims for relief. (Doc. 14.) Judgment was entered on August 5, 2008. (Doc. 15.)

　　　　On October 8, 2009, Plaintiff submitted a request for an extension of time to file a late notice of appeal.[1]  Plaintiff argues that he was unable to timely file a notice of appeal based on mental disability. On October 15, 2009, the Court denied Plaintiff's request as untimely pursuant to Federal Rule of Appellate Procedure 4.

---

[1] Plaintiff's first request was received at the United States Court of Appeals for the Ninth Circuit on October 8, 2009, and then sent to the District Court. The certificate of service indicates that motion was served October 6, 2009.

1

On May 7, 2010, Plaintiff filed a second motion for permission to file a late notice of appeal.[2] Again, this motion is untimely. Fed. R. App. P. 4. Accordingly, the Court HEREBY ORDERS that Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: **August 30, 2010**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff's second request was received at the United States Court of Appeals for the Ninth Circuit on May 7, 2010, and then sent to the District Court. The certificate of service indicates that motion was served May 5, 2010.

2